| | | |
|---|---|---|
| Government | ✔ | |
| Plaintiff | ☐ | |
| Defendant | ☐ | |
| Joint | ☐ | |
| Court | ☐ | |

UNITED STATES OF AMERICA

VS.

JAKE MAXWELL

Civil/Criminal No. 22-cr-099 (RJL)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2 | Transcript of Interview between Special Agent Floyd and Jake Maxwell | 5/23 | -- | Jake Maxwell | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |