## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 1:22-CR-00099-RJL** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JAKE MAXWELL,** | : | |
| | : | |
| **Defendant.** | : | |

### MOTION TO WAIVE DEFENDANT'S PRESENCE AND ALLOW DEFENSE COUNSEL TO APPEAR VIA ZOOM FOR THE OCTOBER 26, 2023 PRETRIAL CONFERENCE

COMES NOW the Defendant, Jake Maxwell, by and through counsel, Michael T. van der Veen, respectfully moves this Court to waive Mr. Maxwell's appearance and allow Defense Counsel to appear via Zoom for the Pretrial Conference now scheduled for October 26, 2023. In support whereof, the defense states as follows:

1. On February 9, 2022, Mr. Maxwell was charged by criminal complaint on charges of Civil Disorder, in violation of 18 U.S.C. § 231(a)(3); Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1); Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2); Engaging in Physical Violence in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(4); and Acts of Physical Violence in the Capitol Grounds or Buildings, in violation of 40 U.S.C. § 5104(e)(2)(F).

2. A Pretrial Conference was scheduled for October 23, 2023 at 4:00 P.M.

3. On the morning of October 23, 2023, Defense counsel received notice that the Pretrial Conference scheduled for later that day had been moved to October 26, 2023 at 4:00 P.M.

4. Mr. Maxwell, who permanently resides in Georgia, was already present in Washington D.C. at the time he received notice that the Pretrial Conference was continued to later that week.

5. Mr. Maxwell has pre-planned and pre-paid travel plans from October 24, 2023 to October 26, 2023.  This travel itinerary has been pre-approved by Pretrial Services.

6. Given the substantial expense required to travel from Georgia to Washington D.C., coupled with a personal matter that renders Mr. Maxwell unavailable, Defense counsel respectfully requests that Mr. Maxwell's presence be waived for the October 26, 2023 Pretrial Conference.

7. Unfortunately, given the sudden rescheduling of the Pretrial Conference, Defense Counsel is unavailable for an in-person hearing on October 26, 2023. Defense Counsel is however, available to participate in the Pretrial Conference via Zoom.

8. As such, Defense counsel respectfully requests to appear via Zoom for the October 26, 2023 Pretrial Conference.

9. Defense counsel has reached out to the Government to obtain their position on the proposed requests. The Government has informed Defense counsel that they have no objection to Mr. Maxwell's presence being waived, but do object to Defense counsel appearing remotely.

WHEREFORE, the parties respectfully move that Mr. Maxwell's presence at the October 26, 2023 Pretrial Conference is waived and Defense Counsel is permitted to participate in the Pretrial Conference via Zoom.

Respectfully Submitted,

Date: October 24, 2023

/s/ Michael T. van der Veen
Michael T. van der Veen
Attorney for Defendant
Pennsylvania Bar No. 75616
van der Veen, Hartshorn, and Levin
1219 Spruce Street
Philadelphia, PA 19107
P: (215) 546-1000
F: (215) 546-8529
mtv@mtvlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of October, 2023, a copy of the foregoing *Motion to Waive Defendant's Presence and Allow Defense Counsel to Appear Via Zoom for The October 26, 2023 Pretrial Conference* was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:

Elizabeth N. Eriksen
1301 New York Ave., N.W., Room 849
Washington, DC 20530
(202) 616-4385
Elizabeth.Eriksen@usdoj.gov

/s/ Michael T. van der Veen
Michael T. van der Veen, Esq.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Case No. 1:22-CR-00099-RJL** |
| | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **JAKE MAXWELL,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## <u>ORDER</u>

Based upon the representations in the Motion to Waive Defendant's Presence and Allow Defense Counsel to Appear Via Zoom for The October 26, 2023 Pretrial Conference, and upon consideration of the entire record, it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that Mr. Maxwell's Presence is waived for the Pretrial Conference currently scheduled for October 26, 2023 at 4:00 P.M.; and it is further

**ORDERED** that Defense Counsel may participate via Zoom for the Pretrial Conference currently scheduled for October 26, 2023 at 4:00 P.M.

_____

THE HONORABLE RICHARD J. LEON

UNITED STATES DISTRICT JUDGE