UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>JAKE MAXWELL<br><br>    Defendant. | Case No. 22-CR-99 (RJL) |

## ERRATA

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, states that ECF No. 84 was filed in error and respectfully requests that it be removed from the docket.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY:   */s/ Elizabeth N. Eriksen*
ELIZABETH N. ERIKSEN
Trial Attorney, Detailee
VA Bar No. 72399
U.S. Dept. of Justice, Criminal Division
Detailed to the USAO-DC
601 D Street NW
Washington, DC 20530
elizabeth.eriksen2@usdoj.gov
(202) 616-4385

*/s/ Nathaniel K. Whitesel*
NATHANIEL K. WHITESEL
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov
(202) 252-7759

                                      */s/ Sean J. Brennan*  
                                      SEAN J. BRENNAN  
                                      Assistant United States Attorney  
                                      NY Bar No. 5954128  
                                      601 D Street NW  
                                      Washington, DC 20530  
                                      sean.brennan@usdoj.gov  
                                      (202) 252-7125